**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| TOURE, *et al.*, <br><br>        *Plaintiffs*, <br><br> v. <br><br> HOTT, *et al.*, <br><br>        *Defendants*. | Case No. 1:20-cv-395 <br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the Plaintiffs' Notice of Voluntary Dismissal.
Dkt. 43. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs
voluntarily dismiss their claims without prejudice.

Accordingly, the above-captioned action is hereby **DISMISSED WITHOUT**
**PREJUDICE** and the matter is concluded. The clerk of this Court is directed to remove the
Action from the active docket. Each party shall bear its own costs and attorney's fees.

It is **SO ORDERED.**

October 14, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge